THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. HARNETT, Appellant.

Submitted June 7, 2010; decided June 24, 2010

Motion for assignment of counsel granted and Brian M. Callahan, Esq., 4886 Western Turnpike, PO Box 100, Duanesburg, New York 12056 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN JORGE, Appellant.

Submitted June 7, 2010; decided June 24, 2010

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD MACK, Appellant.

Submitted June 14, 2010; decided June 24, 2010

Motion to enlarge the record on appeal herein granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN SCOTT, Appellant.

Submitted June 14, 2010; decided June 24, 2010

Motion for assignment of counsel granted and Paul J. Connolly, Esq., 2 Wedge Road, Delmar, New York 12207 assigned as counsel to the appellant on the appeal herein.